Electronically Filed
1/13/2021 9:52 AM
Hidalgo County District Clerks
Reviewed By: Betsy Garcia

C-3356-20-L
## OFFICER'S RETURN

Came to hand on _22_ of _December_, 202_0_ at _5:00_ o'clock _P_.m. and executed in _Hidalgo_ County, Texas by delivering to each of the within named Defendant in person, a true copy of this citation, upon which I endorsed the date of delivery to said Defendant together with the accompanying copy of the Plaintiffs First Amended petition (petition) at the following times and places, to-wit:

| NAME Sams Club | DATE | TIME | PLACE |
|---|---|---|---|
| CT Corporation System | 12/29/20 | 3:52pm | 1999 Bryan St. ste. 900 Dallas, TX |

And not executed as to the defendant, _____ the diligence used in finding said defendant, being: _____ and the cause of failure to execute this process is: _____ and the information received as to the whereabouts of said defendant, being: _____. I actually and necessarily traveled _____ miles in the service of this citation, in addition to any other mileage I may have traveled in the service of other process in the same case during the same trip.

Fees: serving ... copy(s) $_____
      miles ..................$_____

_____
**DEPUTY**

**COMPLETE IF YOU ARE PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT**

In accordance to Rule 107, the officer or authorized person who serves or attempts to serve a citation must sign the return. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return must either be verified or be signed under the penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Santiago Cantu III_, my date of birth is _____ and the address is _P.O. Box 5656 McAllen, TX_, and I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED in _Hidalgo_ County, State of Texas, on the _24_ day of _Dec_, 202_0_.

_____
**Declarant"**

_3/71/21    PSC #11877_
**If Certified by the Supreme Court of Texas**
**Date of Expiration / PSC Number**

EXHIBIT
B

# Product Tracking & Reporting



**UNITED STATES POSTAL SERVICE**

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

December 31, 2020

## USPS Tracking Intranet

### Delivery Signature and Address

⚠ **Price Change 1/26/2020:**
USPS Premium Tracking: USPS will offer a fee-based service to extend the availability of tracking data on domestic competitive products for an additional 6 months up to 10 years. In addition, customers can also request a Premium Tracking Statement via email.

The Manual Entry Acceptance screen will be modified to use the Pricing Engine for all rates calculations. Users will no longer enter fees for Collect on Delivery (COD) and Additional Insurance; instead, users will enter the dollar amount to be collected for COD or the insured value for Insurance.

**Tracking Number:** 7020 1810 0000 4616 8862

This item was delivered on 12/29/2020 at 15:52:00

< Return to Tracking Number View



Signature: Chris Wells
Address: D.T. Corp.

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Rep
Version:

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
Dallas, TX 75201    0048  17
Certified Mail Fee  $3.55
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $7.75    12/24/2020
Total Postage and Fees  $14.15
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 1810 0000 4616 8862

https://pts-2.usps.gov/pts2-web/tcIntranetTrackingNum...  ...deliverySignatureAndA...  12/31/2020