# REGISTER OF ACTIONS
## CASE NO. C-3356-20-L

| | | |
|---|---|---|
| EDGAR ANDRES PENA-GONZALEZ VS. WAL-MART, INC., SAMS'S EAST INC., D/B/A "SAM'S CLUB" REGISTERED AGENT: CT CORPORATION SYSTEM | § § § § § | Case Type: Injury or Damage - Other (OCA)<br>Date Filed: 09/29/2020<br>Location: 464th District Court |

### PARTY INFORMATION

**Attorneys**

**Defendant** REGISTERED AGENT: CT CORPORATION SYSTEM, SAMS'S EAST INC., D/B/A "SAM'S CLUB"

**Defendant** WAL-MART, INC.

Jaime A. Drabek
*Retained*
956-687-3121(W)

**Plaintiff** PENA-GONZALEZ, EDGAR ANDRES

EZEQUIEL REYNA, Jr.
*Retained*
956-968-9556(W)

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | | |
|---|---|---|---|
| 09/29/2020 | Plaintiff's Original Petition (OCA) | | |
| 09/29/2020 | Citation | | |
| |     WAL-MART, INC. | Served | 10/30/2020 |
| | | Returned | 11/30/2020 |
| 09/29/2020 | Citation Issued | | |
| 11/10/2020 | Amended Petition | | |
| |     FIRST | | |
| 11/19/2020 | Defendant's Original Answer | | |
| |     AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S ORIGINAL PETITION | | |
| 11/19/2020 | Jury Demand | | |
| 12/21/2020 | Request | | |
| |     REQUEST FOR CITATION | | |
| 12/22/2020 | Citation | | |
| |     REGISTERED AGENT: CT CORPORATION SYSTEM, SAMS'S EAST INC., D/B/A "SAM'S CLUB" | Served | 12/29/2020 |
| | | Returned | 01/11/2021 |
| 12/22/2020 | Citation Issued | | |
| 01/13/2021 | Answer | | |
| |     DEFENDANT SAM'S EAST. INS.'S ORIGINAL ANSWER, AFFIRMMATIVE DEFENSES AND SPECIAL EX AMENDED PETITION AND REQUESTS FOR DISCLOSURE | | |
| 01/13/2021 | Order Setting Hearing | | |
| 01/13/2021 | Proposed Order | | |
| |     ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS | | |
| 01/13/2021 | Request | | |
| |     DEFENDANT SAM'S EAST,INC'S REQUEST FOR JURY TRIAL | | |
| 01/13/2021 | E-Filing Forwarded to Court Queue | | |

EXHIBIT C